United States Bankruptcy Court
for the District of Columbia

**FILED**
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| In Re: | Case Number: 01-0092 |
| **Calvert M. Wilson** | |
| Debtor(s) | |
| **Calvert M. Wilson** | Adversary Proceeding Number: 06-10037 |
| Plaintiff(s) | |
| **Home-Savers, LLC, 1905 2nd Street NE, LLC, Luther Hector, and Barrett Ware** | |
| Defendant(s) | |

CASE NUMBER 1:06CV01851
JUDGE: John D. Bates
DECK TYPE: General Civil
DATE STAMP: 10/30/2006

TO:   Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Appeal** in the above-captioned adversary proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 9 | Motion For Summary Judgment | Calvert M. Wilson |
| 24 | Cross Motion For Partial Summary Judgment | Home-Savers, LLC, 1905 2nd Street NE, LLC, Luther Hector, and Barrett Ware |
| 33 | Preliminary Order RE Motions for Summary Judgment. Order Denying Motion For Summary Judgment filed by Calvert M. Wilson | Court |
| 36 | Memorandum Decision | Court |
| 37 | Final Judgment In Favor of the Defendants | Court |
| 41 | Notice Of Appeal | Calvert M. Wilson |
| 43 | Statement of Issues on Appeal | Calvert M. Wilson |
| 44 | Appellant Designation | Calvert M. Wilson |
| 45 | Stipulation | Joint |

1

**Other comments:**

The parties to the order appealed and their respective attorneys are as follows:

| **Appellant/Plaintiff** | **Attorney** |
|---|---|
| **Calvert M. Wilson** | **Rawle Andrews, Jr.**<br>Andrews & Bowe, PLLP<br>1717 K Street, N.W.<br>Suite 600<br>Washington, DC 20036<br>202-349-3975<br>Email: randrews@andrewsgroup.org |
| **Appellee/Defendant** | **Attorney** |
| Home-Savers, LLC<br>1905 2nd Street NE, LLC<br>Luther Hector<br>Barrett Ware | **Richard David Mirsky**<br>Offit Kurman Attorneys At Law<br>8171 Maple Lawn Blvd.<br>Suite 200<br>Maple Lawn, MD 20759<br>301-575-0342<br>Fax: 301-575-0335<br>Email: rmirsky@offitkurman.com |

Denise H. Curtis, Clerk

Dated: 10/20/2006                     Deputy Clerk: Renee J. Jackson

Please return a copy of this transmittal with the following information:

District Court Case Number:
    Judge Assigned:                  [*Affix Label Here*]
        Date Stamp:

APPEAL

# U.S. Bankruptcy Court
# United States Bankruptcy Court for the District of Columbia
# (Washington, D.C.)
# Adversary Proceeding #: 06-10037

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
*Related BK Case:* 01-00092
*Related BK Title:* Calvert M. Wilson
*Related BK Chapter:* 13
*Demand:* 0

*Nature[s] of Suit:* 456 Declaratory Judgment

*Date Filed:* 04/26/06

## Plaintiff

-----------------------

**Calvert M. Wilson**
1905 2nd Street NE
Unit #2
Washington, DC 20002
SSN: xxx-xx-9292

represented by **Rawle Andrews, Jr.**
Andrews & Bowe, PLLP
1717 K Street, N.W.
Suite 600
Washington, DC 20036
202-349-3975
Email: randrews@andrewsgroup.org
*LEAD ATTORNEY*

V.

## Defendant

-----------------------

**Home-Savers, LLC**

represented by **Richard David Mirsky**
Offit Kurman Attorneys At Law

|  |  |
|---|---|
|  | 8171 Maple Lawn Blvd.<br>Suite 200<br>Maple Lawn, MD 20759<br>301-575-0342<br>Fax : 301-575-0335<br>Email:<br>rmirsky@offitkurman.com<br>*LEAD ATTORNEY* |
| **1905 2nd Street, NE, LLC** | represented by **Richard David Mirsky**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Luther Hector** | represented by **Richard David Mirsky**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Barrett Ware** | represented by **Richard David Mirsky**<br>(See above for address)<br>*LEAD ATTORNEY* |

| Filing Date | # | Docket Text |
|---|---|---|
| 04/26/2006 | 1 | 456 (Declaratory Judgment): Complaint by Calvert M. Wilson against Home-Savers, LLC , 1905 2nd Street, NE, LLC , Luther Hector , and Barrett Ware . Fee Amount $0.00 (Attachments: # 1 Complaint-Part 2# 2 Complaint-Part 3# 3 Complaint-Part 4# 4 Complaint-pt5# 5 Complaint-Part 61# 6 Complaint-Part62# 7 Complaint-Part 7# 8 Complaint-Part8) (Jackson, Renee) (Entered: 04/26/2006) |
| 04/26/2006 | 2 | Order From Judge Bates, US District Court, District Of Columbia, Partially Referring Action To The US Bankruptcy Court, District Of Columbia. Order entered on 4/26/2006. (Jackson, Renee) (Entered: 04/26/2006) |

| | | |
|---|---|---|
| 04/26/2006 | ●3 | Certified Copy Of Docket Report Of Civil Action No. 06-0069(JDB) US District Court For The District Of Columbia. Filed by Court (Re: Related Document(s) #:2 Order.) (Jackson, Renee) (Entered: 04/26/2006) |
| 04/26/2006 | ●4 | Scheduling Conference - Scheduled (Re: Related Document(s) #:1 Complaint.) Status Hearing to be held on 5/10/2006 at 09:30 AM Courtroom 1. (Myers, Sally) (Entered: 04/26/2006) |
| 04/26/2006 | ●5 | Order Reopening Case (Related Document(s) #:1 Complaint, .) Order entered on 4/26/2006. Deadline To Hold Scheduling Conference is 5/17/2006. (Jackson, Renee) (Entered: 04/26/2006) |
| 04/26/2006 | ● | The Following Schedule was entered in Civil Action 06-0069(JDB): Plaintiff's Motion for Partial Summary Judgment Due by 5/12/06. Defendant's Cross-Motion for Partial Summary Judgment and Response to Plaintiff's Motion due by 5/26/06. Plaintiff's Response to Cross-Motion and Reply due by 6/9/06. Defendant's reply due by 6/23/06. (Myers, Sally) (Entered: 04/26/2006) |
| 04/28/2006 | ●6 | BNC Certificate of Mailing - Hearing. (Re: Related Document(s) #:4 Hearing - Scheduled) No. of Notices: 2. Service Date 04/28/2006. (Admin.) (Entered: 04/29/2006) |
| 04/28/2006 | ●7 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:2 Order) No. of Notices: 1. Service Date 04/28/2006. (Admin.) (Entered: 04/29/2006) |
| 04/28/2006 | ●8 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:5 Order Directing |

| | | Compliance) No. of Notices: 1. Service Date 04/28/2006. (Admin.) (Entered: 04/29/2006) |
|---|---|---|
| 05/10/2006 | 20 | Status Hearing Held (Myers, Sally) (Entered: 05/12/2006) |
| 05/12/2006 | 9 | Motion For Summary Judgment Filed by Calvert M. Wilson (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 10 | Support Document Re: *Plaintiff?s Statement of Undisputed Facts* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 11 | Support Document Re: *Plaintiff?s Schedule of Exhibits* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 12 | Support Document Re: *Ex. 11 - 12/30/96 HUD-1 Statement* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 13 | Support Document Re: *Ex. 12 - In re Wilson Chapter 13 Docket Sheet* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 14 | Support Document Re: *Ex. 13 - D.C. Government Records* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 15 | Support Document Re: *Ex. 14 - Barrett Ware* |

| | | |
|---|---|---|
| | | *Business Card* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 16 | Support Document Re: *Ex. 15 - American Mortgage Assistance records* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 17 | Support Document Re: *Ex. 16 - Home Savers Website* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 18 | Support Document Re: *Ex. 17 - Home Savers? admission of Loan/Creditor Status* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/12/2006 | 19 | Support Document Re: *Ex. 18 - Reese v. Hammer Fin. Corp., slip op.* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 05/12/2006) |
| 05/15/2006 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER IS IMPROPERLY FORMATTED. THERE MUST BE 4 INCHES OF BLANK SPACE AT THE TOP. PLEASE RESUBMIT THE PROPOSED ORDER IN THE REQUIRED FORMAT. (Re: Related Document(s) #:9 Motion for Summary Judgment.) |

| | | |
|---|---|---|
| | | YOU HAVE UNTIL 5/18/2006 for 9, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 05/15/2006) |
| 05/15/2006 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:9 Motion for Summary Judgment.) YOU HAVE UNTIL 5/18/2006 for 9, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 05/15/2006) |
| 05/16/2006 | 21 | Scheduling Order. Plaintiff to File Motion for Partial Summary Judgment Not Later than 5/12/06; Defendant's Opposition and any Cross-Motion for Partial Summary Judgment Shall be Filed not Later than 5/26/06; Plaintiff's Reply in Further Support of its Motion and its Opposition to the Defendant's Cross-Motion Shall be Filed not Later than 6/9/06; the Defendant's Reply in further Support of their Cross-Motion shall be Filed Not later than 6/23/06. Order entered on 5/16/2006. (Myers, Sally) (Entered: 05/16/2006) |
| 05/18/2006 | 22 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:21 Scheduling Order, , ) No. of Notices: 1. Service Date 05/18/2006. (Admin.) (Entered: 05/19/2006) |

| | | |
|---|---|---|
| 05/26/2006 | 23 | Opposition Filed by 1905 2nd Street, NE, LLC , Luther Hector , Home-Savers, LLC , Barrett Ware (Re: Related Document(s) #:9 Motion for Summary Judgment.) (Attachments: # 1 Proposed Order) (Tyson, Katina) (Entered: 05/30/2006) |
| 05/26/2006 | 24 | Cross Motion For Partial Summary Judgment Filed by 1905 2nd Street, NE, LLC , Luther Hector , Home-Savers, LLC , Barrett Ware (Attachments: # 1 Proposed Order) (Tyson, Katina) (Entered: 05/30/2006) |
| 05/26/2006 | 25 | Memorandum In Support of Cross Motion For Partial Summary Judgment Filed by 1905 2nd Street, NE, LLC , Luther Hector , Home-Savers, LLC , Barrett Ware . (Re: Related Document(s) #:24 Motion for Summary Judgment.) (Tyson, Katina) (Entered: 05/30/2006) |
| 05/26/2006 | 26 | Motion for Leave To File Paper Filings With Clerk's Office Filed by 1905 2nd Street, NE, LLC , Luther Hector , Home-Savers, LLC , Barrett Ware (Re: Related Document(s) #:23 Opposition, 24 Motion for Summary Judgment, 25 Support Document.) (Tyson, Katina) (Entered: 05/30/2006) |
| 06/07/2006 | 27 | Order Granting Motion for Leave to File Paper Filings(Related Document #: 26) Entered on 6/7/2006. (Meador, Patti) (Entered: 06/07/2006) |
| 06/09/2006 | 28 | Support Document Re: *Plaintiff's Reply Re PSJ Motion* Filed by Calvert M. Wilson. (Re: Related Document(s) #:9 Motion for Summary Judgment, 24 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 06/09/2006) |
| 06/09/2006 | 29 | BNC Certificate of Mailing - PDF Document. (Re: |

| | | |
|---|---|---|
| | | Related Document(s) #:27 Order on Motion for Leave) No. of Notices: 1. Service Date 06/09/2006. (Admin.) (Entered: 06/10/2006) |
| 06/13/2006 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE EVENT USED IS INCORRECT. PLEASE REFILE THE PLEADING USING THE PROPER EVENT. CLICK ON ADVERSARY/ANSWER/MOTION-APPLICATION/REPLY. (Re: Related Document(s) #:28 Support Document.) YOU HAVE UNTIL 6/16/2006 for 28, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Jackson, Renee) (Entered: 06/13/2006) |
| 06/13/2006 | 30 | Reply Filed by Calvert M. Wilson (Re: Related Document(s) #:9 Motion for Summary Judgment, 24 Motion for Summary Judgment.) (Andrews, Rawle) (Entered: 06/13/2006) |
| 07/10/2006 | 31 | Supplemental Memorandum In Support of Defendant's Opposition To Plaintiff's Motion For Partial Summary Judgment And Defendant's Cross-Motion For Partial Summary Judgment Re: Filed by Home-Savers, LLC . (Re: Related Document(s) #:23 Opposition.) (Jackson, Renee) (Entered: 07/14/2006) |
| 07/14/2006 | 32 | Response *in Opposition to Defendants' Supplemental Memorandum* Filed by Calvert M. Wilson (Re: Related Document(s) #:31 Support Document,.) (Andrews, Rawle) (Entered: 07/15/2006) |
| | | |

| | | |
|---|---|---|
| 07/18/2006 | ⊙33 | Preliminary Order RE Motions for Summary Judgment. Order Denying Motion For Summary Judgment filed by Calvert M. Wilson (Related Document #: 9),and Granting Defendants' Motion For Summary Judgment (Related Document #: 24) Within 14 Days After Entry of this Order, the Parties May File Further Memoranda Addressing the Propriety of The Court's Preliminary Analysis Set Forth, and that if the Plainitff Fails to File a Further Memorandum, the Court Will Enter Summary Judgment in Favor of the Defendants. Entered on 7/18/2006. (Myers, Sally) (Entered: 07/18/2006) |
| 07/20/2006 | ⊙34 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:33 Order on Motion For Summary Judgment, , , , , ) No. of Notices: 1. Service Date 07/20/2006. (Admin.) (Entered: 07/21/2006) |
| 08/01/2006 | ⊙35 | Response *Supplemental Memorandum to Prelimanary Order re Motions for Summary Judgment* Filed by Calvert M. Wilson (Re: Related Document(s) #:33 Order on Motion For Summary Judgment,,,,,.) (Andrews, Rawle) (Entered: 08/01/2006) |
| 08/14/2006 | ⊙38 | Reply Filed by 1905 2nd Street, NE, LLC , Luther Hector , Home-Savers, LLC , Barrett Ware (Re: Related Document(s) #:31 Support Document, .) (Jackson, Renee) (Entered: 08/17/2006) |
| 08/17/2006 | ⊙36 | Memorandum Decision (Related Document(s) #:24 Cross Motion for Summary Judgment, 9 Motion for Summary Judgment.) Order entered on 8/17/2006. (Myers, Sally) (Entered: 08/17/2006) |
| | | |

| 08/17/2006 | 37 | Final Judgment In Favor of the Defendants. Ordered and Adjudged that on the Claims Pursued by the Plaintiff in this Adversary Proceeding, the Plaintiff take Nothing, and the Adversary Proceeding is Dismissed on the Merits, Parties to Bear Their Own Costs. Order entered on 8/17/2006. (Myers, Sally) (Entered: 08/17/2006) |
| --- | --- | --- |
| 08/19/2006 | 39 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:36 Memorandum Decision) No. of Notices: 1. Service Date 08/19/2006. (Admin.) (Entered: 08/20/2006) |
| 08/19/2006 | 40 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:37 Judgment, ) No. of Notices: 1. Service Date 08/19/2006. (Admin.) (Entered: 08/20/2006) |
| 09/11/2006 | 41 | Notice of Appeal . Fee Amount $255 Filed by Calvert M. Wilson (Re: Related Document(s) #:36 Memorandum Decision, 5 Order Directing Compliance, 37 Judgment,, 33 Order on Motion For Summary Judgment,,,,,, 2 Order.) Appellant Designation due by 9/21/2006. (Andrews, Rawle) (Entered: 09/11/2006) |
| 09/11/2006 | 42 | Receipt of Notice of Appeal(06-10037) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number440274. Fee Amount 255.00 (U.S. Treasury) (Entered: 09/11/2006) |
| 09/13/2006 | 43 | Statement of Issues on Appeal, Filed by Calvert M. Wilson (Re: Related Document(s) #:41 Notice of Appeal,.) (Andrews, Rawle) (Entered: 09/13/2006) |
| 09/13/2006 | 44 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Calvert M. Wilson (Re: |

| | | |
|---|---|---|
| | | Related Document(s) #:43 Statement of Issues on Appeal, 41 Notice of Appeal,.) Appellee designation due by 9/25/2006 for 43 and for 41,. Transmission of Designation Due by 10/13/2006 for 43 and for 41,. (Andrews, Rawle) (Entered: 09/13/2006) |
| 09/14/2006 | | Certificate of Service - Notice Of Appeal Served Upon Home-Savers, LLC, 1905 2nd Street NE, LLC, Luther Hector, and Barrett Ware c/o Richard D. Mirsky, Esq., 8171 Maple Lawn Blvd, #200, Maple Lawn, MD 20759. Filed By Court. (Re: Related Document(s) #:41 Notice of Appeal, .) (Jackson, Renee) (Entered: 09/14/2006) |
| 09/25/2006 | 45 | Stipulation By Calvert M. Wilson and *Appellees Home-Savers, LLC et al.* Filed by Calvert M. Wilson. (Re: Related Document(s) #:44 Appellant Designation,.) (Andrews, Rawle) (Entered: 09/25/2006) |

CERTIFIED COPY
CLERK, U.S. BANKRUPTCY COURT
BY: *Renee L. Jackson*

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

NOTICE OF APPEAL FROM
U.S. BANKRUPTCY COURT

In re: CALVERT H. WILSON

Bankruptcy No. 01-92
ADVERSARY NO. 06-10037

YOU ARE HEREBY NOTIFIED that on the 30th day of OCTOBER, 2006, the appeal referred to above was entered on the docket and was assigned to Judge BATES, J. JDB and received the Civil Action No. **06 1851**.

Your attention is directed to Rule 8009 of the Bankruptcy Rules of Procedure which provides:

(1) The Applicant shall serve and file his brief within fifteen (15) days after entry of the appeal;

(2) The Appellee shall serve and file his brief within fifteen (15) days after service of the brief of the appellant; and

(3) The Appellant may serve and file a reply brief within ten (10) days after service of the brief of the appellee.

Papers filed with the Clerk's Office must be filed in duplicate. In addition, please include on all subsequent papers both the Bankruptcy and Civil Action numbers.

NANCY MAYER-WHITTINGTON, CLERK

BY _Maureen Higgins_
       Deputy Clerk

cc: Clerk, U.S. Bankruptcy Court for D.C.

RAWLE ANDREWS, JR.
RICHARD MIRSKY

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

E-1851
JDB

## I (a) PLAINTIFFS
In re, CALVERT M. WILSON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
HOME SAVERS, LLC, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

CASE NUMBER 1:06CV01851
JUDGE: John D. Bates
DECK TYPE: General Civil
DATE STAMP: 10/30/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☒ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

11:8001  Bankruptcy Appeal

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐   **DEMAND $**   Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☐ NO   If yes, please complete related case form.

DATE 10-30-06   SIGNATURE OF ATTORNEY OF RECORD   WCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint.  You may select only one category.  You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

forms\js-44.wpd